IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:17CR111 |
| | ) | |
| VINCENT ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |

## MINUTE ORDER

The above cause having come before the Court on the 8th day of August, 2017, and the following rulings having been made orally, said rulings are hereby made the judgment of the Court:

Defendant's Motion to Suppress (docs. 15, 16) is TAKEN UNDER ADVISEMENT.

All other pretrial motions are MOOT.

**SO ORDERED** this 8th day of August, 2017.

_____
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**