IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. CR417-111 |
| | ) | |
| VINCENT ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 24), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Defendant's Motions to Suppress (Doc. 15; Doc. 16) are **GRANTED IN PART** and **DENIED IN PART**.

SO ORDERED this 23RD day of October 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA